RAY F. SALTSMAN, as Administrator with the Will Annexed of PUNDERSON WEST, Deceased, Respondent, v. ANNA M. GREENE et al., Respondents.

THE BAPTIST MISSIONARY CONVENTION OF THE STATE OF NEW YORK, Appellant.

(Argued April 16, 1931; decided May 12, 1931.)

*Harvey F. Remington* for appellant.

*Horace L. Bronson* for respondents.

Judgment affirmed, with costs; no opinion. (See 256 N. Y. 691.)

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.